UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANCE ADAM GOLDMAN,

        Plaintiff,         Case Number: 2:18-cv-11666
                                    HON. GEORGE CARAM STEEH

v.

STATE OF MICHIGAN, ET AL.,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES (ECF 24) AND MOTION FOR ORDER COMPELLING PRODUCTION OF CERTIFIED ACCOUNT STATEMENT (ECF 25)

Michigan prisoner Lance Adam Goldman filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed without prepayment of the filing fee under 28 U.S.C. § 1915(a)(1). The Court screened the complaint, *see* 28 U.S.C. §§ 1915(e)(2) & 1915A, and dismissed it for failure to state a claim upon which relief could be granted. *See* ECF No. 5. Now before the Court are Plaintiff's Application for Leave to Proceed on Appeal Without Prepaying Fees and Motion for Order Compelling Michigan Department of Corrections to Provide Certified Account Statement.

The Court held that an appeal from the Court's dismissal of the complaint could not be taken in good faith and declined to certify Plaintiff to pursue an appeal *in forma pauperis*. *See* 7/17/18 Order of Summary Dismissal (ECF No. 5). The Court finds no basis for reconsideration and will deny Plaintiff's application. *See* E.D. Mich. L.R.

7.1(h)(3).

On March 4, 2019, Plaintiff filed a motion asking the Court to compel the Michigan Department of Corrections (MDOC) to provide him with a 6-month certified account statement. A prisoner seeking to proceed *in forma pauperis* must submit a certified copy of a prison trust-fund account statement for the 6-month period preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff claims the MDOC refuses to provide him with the account statement. Plaintiff's filings in another case pending in this district contradict his statement. *See Goldman v. Hatatu Elum, et al.,* No. 2:19-cv-10390. On March 7 and 8, 2019, Plaintiff filed certificates of prisoner trust-fund account activity in that proceeding. *See* ECF Nos. 9 and 10. He, therefore, had these in his possession at approximately the same time he filed this motion. The motion is denied.

Accordingly, IT IS ORDERED that Petitioner's Application for Leave to Proceed on Appeal Without Prepaying Fees (ECF No. 24) and Motion for Order Compelling Michigan Department of Corrections to Provide Certified Account Statement (ECF No. 25) are DENIED.

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

Dated: August 1, 2019